UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REYNALDO MARTINEZ JIMENEZ,

      Petitioner,

v.                                Case No. 3:26-cv-1521-JEP-LLL

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

      Respondents.

_____

## ORDER

1.    Petitioner's emergency motion (Doc. 3) is **GRANTED to the extent** that the Court enters the following briefing schedule. The motion is otherwise **DENIED**.

2.    The **Clerk of Court** shall send a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **first-class mail** to the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530. All costs of service shall be advanced by the United States.

3.    Respondents, within **5 business days** from the date of this Order, shall respond to the Petition, and show cause why the Petition should not be granted.

4.    If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

5.    If Petitioner is not represented by counsel, Petitioner must keep the Court apprised of Petitioner's current mailing address at all times, including if Petitioner is released. If Petitioner fails to do so, the Court may dismiss the action.

6.    The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

7.    After Respondents file a response, Petitioner shall have **3 business days** to file a reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of June, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

caw 6/11
c:
Reynaldo Martinez Jimenez, #A244 321 761
U.S. Attorney's Office secondary email (OPLAORLFEDLIT@ice.dhs.gov)

3